MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5065
    Fax: (408)-535-5066
    E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

**FILED**

NOV 07 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 12- CR-00670-LHK |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JOSE BARRERA-CENDEJAS, a/k/a "LEOBA", | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to defendant JOSE BARRERA-CENDEJAS, a/k/a "Leoba" (and only this defendant), and moves that the Court quash the arrest warrant for this defendant issued in connection with the indictment in this case.

DATED: 11/6/14

Respectfully submitted,

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON   *for Doug Wilson*
Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 12- CR-00670-LHK

1   Leave is granted to the government to dismiss the indictment as to defendant JOSE
2  BARRERA-CENDEJAS, a/k/a "Leoba." It is further ordered that the arrest warrant for this defendant
3  issued in connection with the Indictment is quashed.

6  Date: 11/7/14

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge

NOTICE OF DISMISSAL
Case No. 12- CR-00670-LHK